FILED
CLERK, U.S. DISTRICT COURT

February 4, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDER SASA RADAN,<br><br>      Petitioner,<br><br>    v.<br><br>DAVID PEKOSKE, Acting Secretary of Homeland Security, et al.,<br><br>      Respondents. | No. CV 20-2356-SB-DFM<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Petitioner Aleksander Sasa Radan's Petition for Writ of Habeas Corpus is withdrawn, and the case is dismissed without prejudice. Each party shall bear his own costs, expenses and attorneys' fees.

DATED: February 4, 2021

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge